FILED
CLERK, U.S. DISTRICT COURT
MAR - 8 2011
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN THE MATTER OF THE EXTRADITION OF<br><br>GANG-CHOON HAN,<br><br>A Fugitive from the Government of the Republic of Korea. | CASE NO. 11-00411M<br><br>ORDER OF DETENTION AFTER HEARING |

I.

On motion by the Government, in an extradition matter allegedly involving a serious risk that Mr. Han, an alleged fugitive from Korea, will flee if released.

II.

The Court has considered the arguments and/or statements of counsel at this hearing, the Memorandum of Points and Authorities submitted by the Government in support of its request for detention, and the Pretrial Services Report and its recommendation.

III.

The Court finds that:

(a) the requisite "special circumstances" have not been shown to justify Mr. Han's release on bail; and

1  (b) Mr. Han, an alleged fugitive from Korea, will present a serious risk of flight
2  if released.

### IV.

IT IS THEREFORE ORDERED that Mr. Han be detained pending his extradition hearing.

IT IS FURTHER ORDERED that Mr. Han be committed to the custody of the Attorney General for confinement in a corrections facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal.

IT IS FURTHER ORDERED that Mr. Han be afforded reasonable opportunity for private consultation with counsel.

IT IS FURTHER ORDERED that, on order of a Court of the United States or on request of any attorney for the Government, the person in charge of the corrections facility in which Mr. Han is confined shall deliver him to a United States Marshal for the purpose of an appearance in connection with a court proceeding.

DATED: March 8, 2011

*Margaret A. Nagle*
MARGARET A. NAGLE
UNITED STATES MAGISTRATE JUDGE